IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEROGIA

ATLANTA DIVISION

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2019 MAY -3  AM 10: 44

M. REGINA THOMAS
CLERK

| | | |
|---|---|---|
| RE:  Richelle Bolton | ) | Chapter 7 |
|  Debtor | ) | Case No. 19-51363 |
| | ) | |
| _____ | ) | |

## MOTION TO DEFER ENTRY OF DISCHARGE

Debtor, Richelle Bolton, moves the Courts, Pursuant to the Federal Rules of Bankruptcy Procedure Rule 4004(c)(2) to defer entry of an order granting discharge for 30 days in order for the Debtor can continue to evaluate along with creditor pending reaffirmation agreement and other lawful purposes that will be submitted to this court.

WHEREFORE, Debtor in the above action case prays that the Court defer entry of an order granting discharge for 30 days and grant Debtor such other and further relief as the Court deems equitable.

Thanks,

Richelle Bolton

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEROGIA

## ATLANTA DIVISION

RE:   Richelle Bolton              )            Chapter 7

                Debtor              )            Case No. _19-51363_

                                  )

_____)

## **MOTION TO DEFER ENTRY OF DISCHARGE**

### CERTIFICATE OF SERVICE

I , the undersigned,  hereby certify under penalty of perjury that I am, at all times hereinafter mentioned, was more than 18 years of age, and that on the 3rd  day of MAY, 2019, I serviced a copy of MOTION TO DEFER ENTRY OF DISCHARGE

, which was filed in this bankruptcy matter on or after the 3RD day MAY, 2019 a copy was mailed in the United States Mail, to all interested parties listed below.

United States Bankruptcy Office

Trustee

_William J. Loung, Jr._
_2451 Cumberland Pkwy  Ste. 3477_
_Atlanta, GA  30339_

This 3RD day of May, 2019.

_Richelle Bolton_